

LAW OFFICES OF
# RICHARD E. JOHNSON
**314 WEST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32301**

Richard E. Johnson*
Melissa A. Horwitz

*Board Certified,
Labor & Employment Law

TELEPHONE: 850.425.1997
FACSIMILE: 850.561.0836
E-MAIL: richard@nettally.com

July 20, 2012

Warden J.V. Flournoy
Tallahassee Federal Correctional Institution
501 Capital Circle, NE
Tallahassee, Florida 32301

Re: Visitation violations

Dear Mr. Flournoy:

  I write to seek an appointment to meet with you regarding some obstacles being placed in the path of FCI inmates seeking counsel in their own claims or as witnesses in the claims of other current and former inmates. The President of the local chapter of the Federal Bar Association, Richard Greenberg, has agreed to accompany me to meet with you as this may be a matter of concern to a broader spectrum of the legal community.

  I am a member of a legal team considering the claims of a number of inmates at FCI. Three members of that team, an attorney named James Cook, a law student working in my firm named Kristi Faby, and I, have been visiting FCI inmates. We have undertaken five attempts, three of which were successful. At two others we were denied entry to the prison. On all five occasions, the same paralegal in our office, Stephanie Cimmino, made identical preparations for our visits, taking care each time to secure assurances from the officials she communicated with by fax and phone that all requirements had been met.

  For three days this week, July 17, 18, 19, Ms. Cimmino worked with various prison officials to secure access for Ms. Faby and me to see Amie Aguirre at 10:00; Dorothy Aud at 11:00; and Cassie Ball at 12:00 on July 20. An assistant to Counselor Cockerham called to alert us that Ms. Ball would need to mail us papers before we could see her. That had not been true of the four inmates we had previously seen nor two of the three we were scheduled to see today. So we came hoping to straighten that out upon arrival.

  Today, Ms. Faby and I were denied entry. Officer J. Highsmith and Lt. B. Heckler said we need to be on the visitor list of every inmate visited and we were on none. They said one inmate, Dorothy Aud, had authorized us in one way but it was either a wrong or insufficient way. They said we needed to be "counsel of record." That is difficult when the visit is to feel out the possibility of taking a case and there is no record to be counsel of when the case is not yet filed. They said Ms. Faby can not be part of an attorney visit because she is not yet a member of the bar. They shrugged upon being informed of her three recent visits. They said she needed a certain form on file. I produced it. Then they said she needed a new NCIC check before each visit because "even innocent-looking people commit crimes" and they don't know what has happened since her last visit. I asked for you. They said you were not in today.

  Something like this happened one other time but three uneventful visits intervened so I let it drop.

A few things we would like to discuss with you when we meet:

- We need a protocol for attorney visits that each person working the entrance knows. The folks there often do not understand basic rules.

- We think some of the obstruction may have to do with the nature of our possible claims. The whole place is buzzing with it. But these inmates have as much right to counsel as anyone.

- Attorney visits should not be confined to regular visiting days. They must be allowed on any day.

- Attorney staff such as paralegals, law clerks, investigators, secretaries, etc., must be allowed to accompany attorneys or even to come alone to interview inmates.

- Executives should be available to be alerted when a gatekeeper misunderstands proper access rules so lawyers are not turned away. It would not have mattered if we had flown in from California for the carefully arranged visit we made. We would have been turned away.

If you need any documentation or details on any of the foregoing before meeting, please let me know.

I have availability to meet after July 30, 2012. I will be grateful to receive some times that are good for you.

Sincerely,

Richard E. Johnson