# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TABITHA WHITE,**

                                                                  Case No. 4:17cv59-MW/CAS

    **Plaintiff,**

v.

**UNITED STATES OF AMERICA and**
**OFFICER JIMMY HIGHSMITH,**

    **Defendants.**
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE REPLY

This Court has considered, without hearing, Defendant United States of America's Motion for Leave to File a Reply to Plaintiff's Response to Motion for Entry of Privacy Act Protective Order. ECF No. 29. The motion is **DENIED**.

**SO ORDERED on August 22, 2017.**

                                                  s/Mark E. Walker_____
                                                  **United States District Judge**