UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TABITHA WHITE,

  Plaintiff,

v.            CASE NO.:4:17-CV-00059-MW/CAS

UNITED STATES OF AMERICA,

  Defendant.

_____/

## MEDIATION REPORT

The parties to the above cause submitted their issues to mediation on February 13, 2018. The parties reached an impasse.

            _____
            J.C. O'STEEN
            Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Richard E. Johnson, Esquire At Law Offices of Richard E. Johnson, 314 West Jefferson Street, Tallahassee, Florida 32301, and Winifred L. Acosta NeSmith, Esquire, Assistant United States Attorney at Northern District of Florida, 111 North Adams Street, 4th Floor, Tallahassee, FL 32301, by U. S. Mail, on this 15th day of February, 2018.

            _____
            J.C. O'STEEN, Attorney

FiledFEB20'18USDcFln4PM0427

From The Law Offices Of
**O'STEEN & O'STEEN, P.L.**
2900 East Park Avenue
Tallahassee, Florida 32301

TALLAHASSEE FL 323

16 FEB 2018 PM 2 L



United States District Court
Northern District of Florida
Tallahassee Division
111 N. Adams Street, Suite 522
Tallahassee, Florida 32301-7717

32301-773097