IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TABITHA WHITE,

    Plaintiff,                                              Case no. 4:17cv59-MW-CAS

v.

UNITED STATES OF AMERICA and
OFFICER JIMMY HIGHSMITH,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Tabitha White, and Defendant, United States of America, pursuant to N.D.Fla. Loc. R. 16.2(A), notify the court that this matter has been resolved, with each side bearing their own fees and costs.

Respectfully submitted this 22nd day of February, 2018.

CHRISTOPHER P. CANOVA
United States Attorney

/s/Winifred L. Acosta
WINIFRED L. ACOSTA
Assistant United States Attorney
Florida Bar No. 0076333
111 N. Adams Street, 4th Floor
Tallahassee, FL  32301
Telephone:  850-942-8430
Facsimile: 850-942-8448
Email:  winifred.acosta@usdoj.gov
Attorney for United States of America

/s/Richard E. Johnson
Richard E. Johnson, Esq.
Florida Bar No.  858323
Melissa A. Horwitz
Florida Bar No. 017333
Law Office of Richard E. Johnson
314 W. Jefferson Street
Tallahassee, FL   32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836
Attorneys for Plaintiff

/s/ James V. Cook
James V. Cook, Esq.
Florida Bar No.  966843
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, FL   32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836
Attorney for Plaintiff