**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

TABITHA WHITE

     VS                                      CASE NO.  4:17-cv-59-MW-CAS

UNITED STATES OF AMERICA and
JIMMY HIGHSMITH

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. The court

reserves jurisdiction to enforce the order to comply with the settlement agreement. All

claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil

Procedure 41.

                                       JESSICA J. LYUBLANOVITS
                                       CLERK OF COURT

February 22, 2018                  S/ Chip Epperson
DATE                               Deputy Clerk: Chip Epperson