UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TABITHA WHITE,

    Plaintiff,

v.                                    CASE NO.:4:17-CV-00059-MW/CAS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## AMENDED MEDIATION REPORT

    The parties to the above cause submitted their issues to mediation on February 13, 2018. The undersigned mediator filed a Mediation Report stating the parties reached an impasse. Since that time, the parties have reengaged in the mediation.

_____
J.C. O'STEEN
Mediator

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Richard E. Johnson, Esquire At Law Offices of Richard E. Johnson, 314 West Jefferson Street, Tallahassee, Florida 32301, and Winifred L. Acosta NeSmith, Esquire, Assistant United States Attorney at Northern District of Florida, 111 North Adams Street, 4th Floor, Tallahassee, FL 32301, by U. S. Mail, on this 21st day of February, 2018.

_____
J.C. O'STEEN, Attorney



FiledFEB23'18USDcFln4PM0115

From The Law Offices Of
**O'STEEN & O'STEEN, P.L.**
2900 East Park Avenue
Tallahassee, Florida 32301

TALLAHASSEE FL 323

22 FEB 2018 PM 2 L



CHECKED FEB 23 2018

United States District Court
Northern District of Florida
Tallahassee Division
111 N. Adams Street, Suite 322
Tallahassee, Florida 32301-7717

32301-773097